Oscar Bluemner, Respondent, v. Michael J. Garvin, Appellant.— Judgment and order affirmed, with costs. No opinion.

Meyer L. Sire, Appellant, v. Charles S. Furst and Others, Respondents.— Judgment affirmed, with costs. No opinion.

J. & R. Lamb, Respondent, v. The Norcross Brothers Company, Appellant.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Frederick Charles Santaniello, Appellant.— Judgment and order affirmed. No opinion.

London Realty Company, Appellant, v. Rudolph Oelsner, Respondent.— Judgment and order affirmed, with costs. No opinion.

Thomas J. Ryan, Appellant, v. Falcon Joslin and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

Mercantile Trust Company, Plaintiff, v. Jules R. Gimbernat, Respondent, Impleaded with Henry M. Black, Appellant.— Motion denied, without costs. Settle order on notice.

Charles S. Furst, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Ellen C. Manning, Respondent, v. J. Fred Pierson, Jr., and John A. Shepherd, Partners, as J. F. Pierson, Jr., & Company, Appellants.— Judgment affirmed, with costs. No opinion.

Charles H. Unverzagt, Appellant, v. Sarah J. Allsop, as Administratrix, etc., of Elizabeth Walton, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion.